# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

CHANDRA LYONS
ADC #704518                                                                PLAINTIFF

v.                         No. 1:14-cv-138-DPM-BD

JASON MING, Lieutenant; GAY, Sergeant;
BRANSCUM, Corporal; K. JOHNSON; Inmate,
McPherson Unit; V. STOUT, Inmate, McPherson
Unit; MECHELLE ROBISON, Inmate, McPherson
Unit; CHERYL ALLEN, Inmate, McPherson Unit;
HERBERT, Inmate, McPherson Unit; GOLA,
Sergeant, McPherson Unit, ADC; LINDA DIXON,
Major, McPherson Unit, ADC; B. WILLIAMS,
Head of Medical, McPherson Unit, ADC; WORSHAM,
Nurse, McPherson Unit, ADC; BLEDSOE, Nurse,
McPherson Unit; A. WEEKLY, Assistant Warden,
McPherson Unit, ADC; N. FAUST, Warden,
McPherson Unit, ADC; LINDA DYKES, Captain,
McPherson Unit, ADC; D. FRANKLIN, Inmate,
McPherson Unit; TRAMMEL, Inmate, McPherson
Unit; K. COLLINS, Inmate, McPherson Unit;
MECHELLE JONES, Inmate, McPherson Unit;
BRANDY SMITH, Inmate, McPherson Unit;
DUNAVION, Sergeant, McPherson Unit, ADC;
ROBINSON, Legal Document Clerk, McPherson
Unit, ADC; JONES, Lieutenant, McPherson Unit,
ADC; STONE, Sergeant, McPherson Unit, ADC;
M. WILLIAMS, Sergeant, McPherson Unit, ADC;
RICHARDSON, Lieutenant, McPherson Unit,
ADC; MELISSA JAMES, McPherson Unit,
ADC; JOYCE WESTMENT, Inmate, McPherson
Unit, ADC; and CYTHINA STIDMAN, Inmate,
McPherson Unit                                                            DEFENDANTS

## ORDER

**1.** The referral to Magistrate Judge Deere is withdrawn.

**2.** Lyons is abusing the judicial process. She is a three-striker. 28 U.S.C. § 1915(g); *see, e.g., Lyons v. McDonald,* 5:96-cv-369-GH; *Lyons v. Anderson,* 5:96-cv-463-SWW; *Lyons v. Thompson,* 5:96-cv-547-SMR. She's filed six new cases in the last seven weeks. № *2 at 1* (listing cases). I've decided two of those cases, which were assigned at random to me. Nos. 5:14-cv-396-DPM and 1:14-cv-134-DPM. In this case, she seeks to combine all her current lawsuits into one. Her initial filing is seventy-four pages long and covers a variety of events involving many folks during the last nine years. She has filed the same paper as a motion to consolidate in the two cases I was handling and apparently in all her cases.

**3.** Lyons's motion to proceed *in forma pauperis,* № *1,* is denied based on prior strikes and the lack of any new allegedly imminent danger. 28 U.S.C. § 1915(g).

**4.** Her proposed combined complaint fails on screening, in any event. It is not a short and plain statement of claims. It covers many unrelated things. It is simply not a manageable case. Moreover, two of her six lawsuits

have already been dismissed. She can't resuscitate them with this filing. And the other four cases are being handled in the normal course by other judges. Her combined complaint is therefore dismissed without prejudice.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

12 November 2014