IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHANDRA LYONS
ADC #704518                                                                    PLAINTIFF

v.                       No. 1:14-cv-138-DPM

JASON MING, Lieutenant; GAY, Sergeant;
BRANSCUM, Corporal; K. JOHNSON, Inmate,
McPherson Unit; V. STOUT, Inmate, McPherson
Unit; MECHELLE ROBISON, Inmate, McPherson
Unit; CHERYL ALLEN, Inmate, McPherson Unit;
HERBERT, Inmate, McPherson Unit; GOLA,
Sergeant, McPherson Unit, ADC; LINDA DIXON,
Major, McPherson Unit, ADC; B. WILLIAMS,
Head of Medical, McPherson Unit, ADC; WORSHAM,
Nurse, McPherson Unit, ADC; BLEDSOE, Nurse,
McPherson Unit; A. WEEKLY, Assistant Warden,
McPherson Unit, ADC; N. FAUST, Warden,
McPherson Unit, ADC; LINDA DYKES, Captain,
McPherson Unit, ADC; D. FRANKLIN, Inmate,
McPherson Unit; TRAMMEL, Inmate, McPherson
Unit; K. COLLINS, Inmate, McPherson Unit;
MECHELLE JONES, Inmate, McPherson Unit;
BRANDY SMITH, Inmate, McPherson Unit;
DUNAVION, Sergeant, McPherson Unit, ADC;
ROBINSON, Legal Document Clerk, McPherson
Unit, ADC; JONES, Lieutenant, McPherson Unit,
ADC; STONE, Sergeant, McPherson Unit, ADC;
M. WILLIAMS, Sergeant, McPherson Unit, ADC;
RICHARDSON, Lieutenant, McPherson Unit,
ADC; MELISSA JAMES, McPherson Unit,
ADC; JOYCE WESTMENT, Inmate, McPherson
Unit, ADC; and CYTHINA STIDMAN, Inmate,
McPherson Unit                                                                 DEFENDANTS

## ORDER

Motion to consolidate, № 5, denied. The case has been closed for months and may not be revived by this motion.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

13 March 2015